1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THOMAS JOHNSON,

11              Petitioner,                No. CIV S-06-2096 WBS GGH P

12        vs.

13   WARDEN SISTO, et al.,

14              Respondents.              ORDER

15   _____/

16        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19        On October 19, 2007, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Petitioner

22   has filed objections to the findings and recommendations, which the court has read and

23   considered.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

25   304, this court has conducted a de novo review of this case.  Having carefully reviewed the

26   entire file, the court finds the findings and recommendations to be supported by the record and

1

1   by proper analysis.

2           Accordingly, IT IS HEREBY ORDERED that:

3           1.  The findings and recommendations filed October 19, 2007, are adopted in full;

4   and

5           2.  Respondent's July 10, 2007, motion to dismiss is granted.

6   DATED:   December 11, 2007

7

8   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

9

10

11

12   /john2096.805

13

14

15

16

17

18

19

20

21

22

23

24

25

26