IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHNSON,

    Petitioner,                    No. CIV S-06-2096 WBS GGH P

    vs.

WARDEN SISTO, et al.,

    Respondents.                ORDER

_____/

        On December 12, 2007, the court granted respondent's motion to dismiss. In particular, the court found that petitioner's claims challenging his 2003 suitability hearing were moot. See October 19, 2007, findings and recommendations.

        On June 16, 2008, the Ninth Circuit granted petitioner's unopposed "motion to remand judgment as to all claims." The Ninth Circuit vacated the December 12, 2007, judgment and remanded the matter back to this court to consider all parole-related issues raised in the amended petition.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this
2  order, respondent shall file an answer addressing the merits of the claims raised in the amended
3  petition; petitioner may file a reply to the answer within thirty days thereafter.
4  DATED: 06/23/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

7  john2096.ord