IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHNSON,

      Petitioner,

  v.

WARDEN SISTO, et al.,

      Respondents.

CV-06-02096-WBS GGH

**ORDER**

Pursuant to Petitioner THOMAS JOHNSON's request, and good cause appearing, the Office of the Federal Defender and its attorney, Assistant Federal Ann C. M$^c$Clintock, is hereby appointed to represent Petitioner with respect to the pending habeas petition.

DATED: 07/16/08            /s/ Gregory G. Hollows
                                           GREGORY G. HOLLOWS
                                           United States Magistrate Judge

john2096.app