IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHNSON,

    Petitioner,               No. CIV S-06-2096 WBS GGH P

   vs.

WARDEN SISTO, et al.,

    Respondents.          ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 22, 2008, respondent filed a request to stay this action pending the Ninth Circuit's decision in <u>Hayward v. Marshall</u>, 527 F.3d 797 (9th Cir. 2008).

        Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, petitioner shall file a response to respondent's June 22, 2008, request for a stay.

DATED: 08/19/08

                              <u>/s/ Gregory G. Hollows</u>
                              UNITED STATES MAGISTRATE JUDGE

john2096.fb