# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| THOMAS JOHNSON, | NO. 2:06-CV-02096-MMM |
|---|---|
| Petitioner, | **ORDER LIFTING STAY** |
| vs. | |
| GARY SWARTHOUT, ACTING WARDEN, et al., | |
| Respondents. | |

Good cause appearing, based on Petitioner's request it is hereby ORDERED that the stay in this matter be lifted. Within thirty days of the date of this order, respondents shall file an answer addressing the merits of the claims raised in the amended petition; petitioner may file a reply to the answer within thirty days thereafter.

DATE: June 17, 2010

*M. Margaret McKeown*
Hon. M. Margaret McKeown
United States Circuit Judge
Sitting by Designation

08cv0793