# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS JOHNSON,<br><br>                    Petitioner,<br><br>vs.<br><br>GARY SWARTHOUT, ACTING WARDEN, et al.,<br><br>                    Respondents. | NO. 2:06-CV-02096-MMM<br><br>**ORDER DENYING AS MOOT REQUEST FOR LEAVE TO FILE MOTION TO DISMISS** |

On June 23, 2010, Respondent was ordered to file "an answer addressing the merits of the claims raised in the amended petition." (CD 45). On July 21, 2010, Respondent filed a Request For Leave to File a Motion to Dismiss, accompanied by a Notice and Motion to Dismiss and Memorandum of Points and Authorities. (CD 46, 47). Petitioner filed an Opposition to Motion to Dismiss on August 2, 2010. (CD 48).

Pursuant to an unopposed motion by Petitioner "to Remand for Judgment as to All Claims," the Court of Appeals vacated the judgment granting Respondent's prior motion to dismiss and instructed this court to "consider all parole-related issues raised

in appellant's amended habeas petition." (CD 32).  The court ordered Respondent to file an answer addressing the merits of the claims raised in the amended petition (CD 33), but the matter was stayed before the answer was filed (CD 41).  Respondent's current motion to dismiss repeats the claim in its earlier motion that Petitioner's challenge to the parole hearing date is moot. (CD 17)  Respondent also claims Petitioner's plea agreement challenge is untimely.  Petitioner has abandoned his challenge to the timeliness of the parole hearing, Opposition to Motion to Dismiss at 3, and the court has already separated the plea agreement claim from this petition (CD 13).  Respondent's request for leave to file a motion to dismiss is DENIED as MOOT.

Petitioner states that he "wishes to proceed only on his Due Process challenge to the sufficiency of the evidence to support the Board's parole denial at the July 11, 2003 hearing."  Opposition to Motion to Dismiss at 3 (CD 48).  As a result of Petitioner's statement, the due process sufficiency of the evidence challenge is the only remaining claim in the amended petition.  Respondent shall file an answer or appropriate motion addressing the merits of this claim within twenty days of the date of this order.  Petitioner may file a reply or applicable response within thirty days thereafter.

DATE: August 4, 2010

Hon. M. Margaret McKeown
United States Circuit Judge
Sitting by Designation